```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
DONNA MARIE CLEMENT,

                Plaintiff,                          **JUDGMENT**
                                                    15-CV-6223 (RRM) (SMG)
        -against-

HENRY STREET SETTLEMENT OFFICE OF
MENTAL HEALTH,

                Defendant.
----------------------------------------------------------------x
```

A Memorandum and Order of the undersigned having been issued this day dismissing plaintiff's claims against defendant for lack of subject matter jurisdiction, and further directing the Clerk of Court to enter judgment accordingly and to close this case, it is

ORDERED ADJUDGED AND DECREED that plaintiff take nothing of defendant; and that all claims brought by plaintiff as against defendant are dismissed; and that this case is hereby closed.

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge

Dated: Brooklyn, New York
       May 27, 2016